AO 93 (Rev. 11/13) Search and Seizure Warrant

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>One Target Account, more fully described in Attachment A | )<br>)<br>)  Case No.   MJ23-209<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     **Central**     District of     **California**
*(identify the person or describe the property to be searched and give its location)*:

One Target Account, more fully described in Attachment A, incorporated herein by reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, for list of items to be seized, incorporated herein by reference

**YOU ARE COMMANDED** to execute this warrant on or before     **May 19, 2023**     *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to     **any U.S. Magistrate Judge in this District**     .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  **05/05/2023 at 11:30 a.m.**                      *State Vaughan*
                                                                         *Judge's signature*

City and state:   **Seattle, Washington**                **S. Kate Vaughan, United States Magistrate Judge**
                                                         *Printed name and title*

USAO# 2023R00323

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 281D-SE-93445 | Date and time warrant executed: 5-5-23 / 12:36 p.m | Copy of warrant and inventory left with: Snapchat |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: Digital Content from target Account for listed time period. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-31-23

*Executing officer's signature*

Matt Blackburn
*Printed name and title*

USAO# 2023R00323